AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

RAYMOND HEALEY,

    Petitioner,

v.

ROBERT LeGRAND, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:12-cv-00634-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is denied.
**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

September 13, 2016                                         **LANCE S. WILSON**
                                                                                     Clerk

                                                                                  /s/ K. Rusin
                                                                                   Deputy Clerk